JEAN E. WILLIAMS
Deputy Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

KRYSTAL-ROSE PEREZ, TX Bar No. 24105931
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0486
(202) 305-0506 (fax)
krystal-rose.perez@usdoj.gov

### UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON
### PENDLETON DIVISION

| | |
|---|---|
| **CENTRAL OREGON LANDWATCH,** *et al.*, )<br>)<br>Plaintiffs,           )<br>)<br>v.                            )<br>)<br>**JOHANNA KOVARIK**, *et al.*,         )<br>)<br>Defendants.          )<br>_____ ) | Case No. 2:20-cv-648<br><br>**DEFENDANTS' NOTICE OF FILING SUPPLEMENT TO THE ADMINISTRATIVE RECORD** |

By and through undersigned counsel, Defendants provide notice of their filing of the supplement to the Administrative Record in the above-captioned case. The supplement to the Administrative Record filed with the Court consists of materials compiled by the U.S. Forest Service related to the Black Mountain Project at issue in this case. Specifically, this supplement contains the Administrative Record's cited references that Plaintiffs requested. *See* ECF No. 14.

Attached as Exhibit 1 to this Notice is the Declaration of Dori Creamer certifying the supplement to the Administrative Record for the Forest Service. The documents comprising the supplement to the Administrative Record are filed on a single thumb drive that also contains an

index of the documents. Attached as Exhibit 2 is the index to the supplement to the Administrative Record.

Defendants are sending via overnight mail to the Clerk of Court's Office a thumb drive containing the supplement to the Administrative Record.

In addition to the electronically filed documents that ECF serves upon Plaintiffs' counsel directly, Defendants have emailed Plaintiffs' counsel a link to the cloud-based server on which the documents are temporarily stored.

Respectfully submitted this 18th day of September 2020.

JEAN E. WILLIAMS
Deputy Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

*/s/ Krystal-Rose Perez*
KRYSTAL-ROSE PEREZ (TX Bar No. 24105931)
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
150 M Street NE
Washington, DC 20002
Phone: (202) 305-0486
Fax: (202) 305-0506
krystal-rose.perez@usdoj.gov

*Attorney for Defendants*

OF COUNSEL
REBECCA HARRISON
Office of the General Counsel
U.S. Department of Agriculture