JEAN E. WILLIAMS
Deputy Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

**KRYSTAL-ROSE PEREZ, TX Bar #24105931**
Trial Attorney
Natural Resources Section
150 M Street NE
Washington, DC 20002
Phone: (202) 305-0486
krystal-rose.perez@usdoj.gov

*Attorney for Federal Defendants*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF OREGON
### PENDLETON DIVISION

| | |
|---|---|
| CENTRAL OREGON LANDWATCH, *et al* | Case No.: 2:20-cv-0684-SU |
| Plaintiffs, | **CERTIFICATION OF DEFENDANT U.S. FOREST SERVICE'S SUPPLEMENTAL ADMINISTRATIVE RECORD** |
| v. | |
| JOHANNA KOVARIK, *et al* | **DECLARATION OF DORI A. CREAMER** |
| *Federal Defendants.* | |

I, Dori A. Creamer, pursuant to 28 U.S.C § 1746, declare as follows:

1. I am a Regional Litigation and Freedom of Information Act/Privacy Act Support Specialist for the U.S. Department of Agriculture-Forest Service. I have been employed by the Forest Service as a paralegal and have worked in the Pacific Northwest Regional Office since August 2016.

2. Under my direction and oversight, the Forest Service compiled and indexed the documents comprising its supplemental administrative record underlying the administrative tasks,

Page 1 – DECLARATION OF DORI A. CREAMER-CERTIFICATION OF SUPPLEMENTAL AR
*COLW, et al v. Kovarik,et al,* Case No.: 20-CV-648-SU

activities, and constituent steps in which the agency has engaged to decide to implement the Black Mountain Vegetation Management Project on the Ochoco National Forest. The supplemental administrative record being lodged with the Court and served on the parties through their counsel has been compiled in an electronic searchable format and will be indexed.

3. To the best of my knowledge and belief, the documents listed in the index are materials that have been considered, either directly or indirectly, by the relevant Forest Service officials in connection with its efforts in carrying out administrative tasks, activities, and constituent steps related to the Black Mountain Vegetation Management Project, which is at issue in this action. In addition, each document in the record is a true and correct copy of an original document located in Forest Service files.

4. The documents comprising the Supplemental Administrative Record are bates numbered SUPP 00001 – SUPP 03741.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


Executed on this _____ day of September 2020.


_____
DORI A. CREAMER
Regional Litigation, FOIA, & Privacy Act
Support Specialist
U.S.D.A. Forest Service
Pacific Northwest Region

Page 2 – DECLARATION OF DORI A. CREAMER-CERTIFICATION OF SUPPLEMENTAL AR
*COLW, et al v. Kovarik, et al,* Case No.: 20-CV-648-SU