Forest Service's Supplemental Administrative Record Index for the
Black Mountain Vegetation Management Project
Ochoco National Forest

Central Oregon LandWatch, *et al* v. Johanna Kovarik *et al*
Case No. 2:20-cv-648-SU (D. OR.)

This is Forest Service Ligatures Sited requested by Plaintiffs to be added to the Administrative Record.

| Bates Number No. | Author | Date | Description |
|---|---|---|---|
| SUPP 00001-SUPP 00014.pdf | Ager, A.A., *et al*. | 2003 | Daily and seasonal movements and habitat use by female Rocky Mountain elk and mule deer. |
| SUPP 00015-SUPP 00015.pdf | Albin, D. P. | 1979 | Fire and stream ecology in some Yellowstone tributaries. California Fish and Game.  Available online – https://archive.org/details/californiafishga65_4cali/page/n1/mode/2u |
| SUPP 00016-SUPP 00031.pdf | Anderson, P.D. and Meleason, M.A. | 2009 | Discerning responses of down wood and understory vegetation abundance to riparian buffer width and thinning treatments: an equivalence–inequivalence approach. Canadian Journal of Forest Research, 2009 |
| SUPP 00032-SUPP 00384.pdf | Bell, M. C. | 1991 | Fisheries handbook of engineering requirements and biological criteria. U.S. Army Corps of Engineers. Fish Passage Development and Evaluation Program, North Pacific Division, Portland, OR. |
| SUPP 00385-SUPP 00424.pdf | Belt, G.H., *et al*. | 1992 | Design of Forest Riparian Buffer Strips for Protection of Water Quality: Analysis of Scientific Literature, Idaho Forest, Wildlife and Range Policy Analysis Group, Report No. 8 |

| Bates Number No. | Author | Date | Description |
|---|---|---|---|
| SUPP 00425-SUPP 00442.pdf | Benda, L.E., *et al.* | 2002 | Recruitment of wood to streams in old-growth and second-growth redwood forests, northern California, USA. Canadian Journal of Forest Research. |
| SUPP 00443-SUPP 00637.pdf | Broderson, J.M. | 1973 | Sizing buffer strips to maintain water quality. M.S. thesis. University of Washington, Seattle, WA. Incorrectly cited, should have been cited *in* **Knutson, K. L., and V. L. Naef. 1997**, Management Recommendations for Washington's Priority Habitats Riparian (copy of Knutson is supplied here) |
| SUPP 00638-SUPP 00650.pdf | Clinnick, P.F. | 1985 | Buffer strip management in forest operations: a review. Australian Forestry Vol. 48(1) |
| SUPP 00651-SUPP 00659.pdf | Dambacher, J.M. and Jones, K.K. | 2007 | Benchmarks and patterns of abundance of Redband trout in Oregon streams: a compilation of studies. Redband trout: resilience and challenge in a changing landscape. Oregon Chapter, American Fisheries Society |
| SUPP 00660-SUPP 00953.pdf | DeByle, N.V. and Winokur, R.P. | 1985 | Aspen: Ecology and Management in Western United States. USFS Rocky Mountain Research Station General Technical Report RM 119. |
| SUPP 00954-SUPP 00963.pdf | Drever, C.R. | 2005 | Assessing light and conifer growth in riparian restoration treatments along Spirit Creek, British Columbia. |

| Bates Number No. | Author | Date | Description |
|---|---|---|---|
| SUPP 00964-SUPP 00977.pdf | Dunham, J.B., *et al.* | 2003 | Effects of fire on fish populations: landscape perspectives on persistence of native fishes and nonnative fish invasions. Forest Ecology and Management |
| SUPP 00978-SUPP 00989.pdf | Dunham, J.B., *et al.* | 2007 | Influences of Wildfire and Channel Reorganization on Spatial and Temporal Variation in Stream Temperature and the Distribution of Fish and Amphibians. Ecosystems. (This was incorrectly cited as Rieman, *et al.*, 2007, on page 128 of FEIS. Page 114 of the FEIS was correctly cited) |
| SUPP 00990-SUPP 01018.pdf | Gresswell, R.E. | 1999 | Fire and aquatic ecosystems in forested biomes of North America. Transactions of the American Fisheries Society, Volume 128 |
| SUPP 01019-SUPP 01093.pdf | Harper, J.A., *et al.* | 1987 | Ecology and management of Roosevelt elk in Oregon. Revised edition. Oregon Department of Fish and Wildlife, Portland, OR |
| SUPP 01094-SUPP 01098.pdf | Heade, B.H. | 1990 | Vegetation strips control erosion in watersheds. Rocky Mtn. Forest and Range Experiment Station. Research Note RM-499 |
| SUPP 01099-SUPP 01112.pdf | Hudak, A.T., *et al.* | 2008 | Nearest neighbor imputation of species-level, plot-scale forest structure attributes from LiDAR data. Remote Sensing of Environment. |
| SUPP 01113-SUPP 01117.pdf | Ice, G.G., *et al.* | 2004 | Effects of wildfire on soils and watershed processes. Journal of Forestry. (Author was cited as Ice should have been Ice, *et al.*) |
| SUPP 01118-SUPP 01129.pdf | Karhu, R. | 2004 | Fencing Guidelines for Wildlife. Revised Version. Habitat Extension Bulletin No. 53. Wyoming Game and Fish Department. |

**COLW, et al v. Kovarik et al 20-cv-648-SU (D. OR.)**
**Black Mountain Vegetation Management Project ONF**
**Supplemental Administrative Record Index**

Page No. 3 of 9

| Bates Number No. | Author | Date | Description |
|---|---|---|---|
| SUPP 01130-SUPP 01326.pdf | Leitritz, E. and Lewis, R. C. | 1976 | Fish Bulletin 164. Trout and Salmon Culture (Hatchery Methods). UC San Diego: Library – Scripps Collection. (Date was incorrectly cited as 1980.) |
| SUPP 01327-SUPP 01333.pdf | Leptich, D. J. and Zager, P. | 1991 | Road access management effects on elk mortality and population dynamics, pages 126-131, In: Proceedings Elk Vulnerability. |
| SUPP 01334-SUPP 01345.pdf | Lindh, B.C. and Muir, P.S. | 2004 | Understory vegetation in young Douglas-fir forests: does thinning help restore old-growth composition? |
| SUPP 01346-SUPP 01353.pdf | Litschert, S.E. and MacDonald, L.H. | 2009 | Frequency and characteristics of sediment delivery pathways from forest harvest units to streams. Forest Ecology and Management. (Author incorrectly cited should have included MacDonald, L.H.) |
| SUPP 01354-SUPP 01357.pdf | Lynch, J.A., *et al.* | 1985 | Best management practices for controlling nonpoint-source pollution on forested watersheds. Journal of Soil and Water Conservation. (Date was incorrectly cited as 1983) |
| SUPP 01358-SUPP 01360.pdf | Lyon, L.J. | 1979 | Habitat effectiveness for elk as influenced by roads and cover. Journal of Forestry. |
| SUPP 01361-SUPP 01432.pdf | Lyon, L.J., *et al.* | 1985 | Coordinating elk and timber management: Final report of the Montana Cooperative Elk-Logging Study. Helena: Montana Department of Fish, Wildlife, and Parks |
| SUPP 01433-SUPP 01451.pdf | McIntosh B.A., *et al.* | 2000 | Historical changes in pool habitats in the Columbia River basin. |
| SUPP 01452-SUPP 01465.pdf | Meehan, W.R. | 1991 | Influences of forestry and rangeland management on salmonid fishes and their habitats. American Fisheries Society. Bethesda, Maryland. |

| Bates Number No. | Author | Date | Description |
|---|---|---|---|
| SUPP 01466-SUPP 01556.pdf | ODEQ | 2004 | Oregon Administrative Rules, Chapter 340, Division 041. Water Quality Standards: Beneficial Uses, Policies, and Criteria for Oregon. Sediment Rule No. 340-041-0007-12; Turbidity Rule No. 340-041-0036 |
| SUPP 01557-SUPP 01817.pdf | ODFW | 1996 | Crooked River Basin Plan. Ochoco Fish District. Oregon Department of Fish and Wildlife, Salem, Oregon. (Incorrectly cited as Stuart, et al., 1996) |
| SUPP 01818-SUPP 01849.pdf | ODFW | 2016 | Effects of modified flow regime on the fish populations of the Crooked River below Bowman Dam. Oregon Department of Fish and Wildlife, Prineville, Oregon. |
| SUPP 01850-SUPP 01905.pdf | Paige, C. | 2012 | A landowner's guide to wildlife friendly fences. Second Edition. Private Land Technical Assistance Program, Montana Fish, Wildlife, and Parks. Helena, Montana. |
| SUPP 01906-SUPP 01949.pdf | Raedeke, K.J., *et al*. | 2002 | Population Characteristics. This is a chapter from the book titled: North American Elk Ecology and Management (Toweill and Thomas, 2002) |
| SUPP 01950-SUPP 01961.pdf | Rapp, V. | 2006 | Elk, deer, and cattle: the Starkey Project. Science Update (13). Portland, OR. USDA Forest Service, Pacific Northwest Research Station. |
| SUPP 01962-SUPP 01982.pdf | Rashin, E.B., *et al*. | 2006 | Effectiveness of timber harvest practices for controlling sediment related water quality impacts. Journal of the American Water Resource Association, October 2006 |

| Bates Number No. | Author | Date | Description |
| --- | --- | --- | --- |
| SUPP 01983-SUPP 01997.pdf | Rieman, B., *et al*. | 2003 | Status of native fish in the western United States and issues for fire and fuels management. Forest Ecology and Management. |
| SUPP 01998-SUPP 02002.pdf | Rife, D. | 2011 | Ochoco National Forest and Crooked River National Grassland Aquatic MIS Analysis - Brook Trout. USDA Forest Service, Prineville, Oregon. |
| SUPP 02003-SUPP 02008.pdf | Rinne, J.N. | 1996 | Short-term effects of wildfires on fishes and aquatic macroinvertebrates on fishes and aquatic macroinvertebrates in the southwestern United States. North American Journal of Fisheries Management |
| SUPP 02009-SUPP 02009.pdf | Rosgen | 1996 | Applied River Morphology. Wildland Hydrology, Pagosa Springs, Colorado. |
| SUPP 02010-SUPP 02023.pdf | Rowland, M.M., *et al*. | 2000 | Elk distribution and modeling in relation to roads. Journal of Wildlife Management |
| SUPP 02024-SUPP 02035.pdf | Rowland, M.M., *et al*. | 2005 | Effects of roads on elk: Implications for management in forested ecosystems, pages 42-52. In: Wisdom, M. J., (Tech. Ed.) The Starkey Project: a synthesis of long-term studies of elk and mule deer. Reprinted from the 2004 Transactions of the North American Wildlife and Natural Resources Conference, Alliance Communications Group, Lawrence, KN. |
| SUPP 02036-SUPP 02058.pdf | Sadleir, R.M.F.S. | 1987 | Biology and Management of the Cervidae Reproduction of Female Cervids |

| Bates Number No. | Author | Date | Description |
|---|---|---|---|
| SUPP 02059-SUPP 02097.pdf | Shakesby, R. A. and Doerr, S. H. | 2006 | Wildfire as a hydrological and geomorphological agent. Earth-Science Reviews. |
| SUPP 02098-SUPP 02143.pdf | Spies, T. A., *et al*. | 2013 | Effects of Riparian Thinning on Wood Recruitment: A Scientific Synthesis. Science Review Team Wood Recruitment Subgroup, Corvallis, OR and Seattle, WA. |
| SUPP 02144-SUPP 02283.pdf | Stuart, A. M, *et al*. | 2007 | Redband Trout Investigations in the Crooked River Basin - In Schroeder, R.K., and J.D. Hall, editors. 2007. pp. 76-91. Redband Trout: resilience and challenge in a changing landscape. Oregon Chapter, American Fisheries Society, Corvallis, OR. |
| SUPP 02284-SUPP 02799.pdf | Thomas, J.W. | 1979 | Wildlife Habitats in Managed Forests: the Blue Mountains of Oregon and Washington. Ag. Handbook No. 553, USDA, in cooperation with: Wildlife Management Institute, USDI Bureau of Land Management. |
| SUPP 02800-SUPP 02833.pdf | Thomas, J.W., *et al*. | 1988 | Habitat-effectiveness index for elk on Blue Mountain Winter Ranges. General Technical Report PNW-GTR-218. USDA Forest Service, Pacific Northwest Research Station, Portland, Oregon. |
| SUPP 02834-SUPP 02861.pdf | Thurow, R.F., *et al*. | 2010 | Status and Distribution of Chinook Salmon and Steelhead in the Interior Columbia River Basin and Portions of the Klamath River Basin. |
| SUPP 02862-SUPP 02933.pdf | USFS | 2010 | Forest Service Watershed Condition Classification Technical Guide |

| Bates Number No. | Author | Date | Description |
|---|---|---|---|
| SUPP 02934-SUPP 02958.pdf | USFS | 1995 | North Fork Crooked River Watershed Analysis Report |
| SUPP 02959-SUPP 02963.pdf | USFS | 2013 | Results of 2010 R6 Stream Inventory QA/QC Testing, Region 6, Pacific Northwest Region, Portland, Oregon. (Incorrectly cited as 2010) |
| SUPP 02964-SUPP 03061.pdf | USFS | 2006 | Guide for Predicting Salmonid Response to Sediment Yields in Idaho Batholith Watersheds. |
| SUPP 03062-SUPP 03367.pdf | USFS | 2010 | Cumulative Watershed Effects of Fuel Management in the Western United States. (Was cited as USFS 2010 and Isaak, *et al*. in USFS 2010) |
| SUPP 03368-SUPP 03581.pdf | USFS | 2012 | Climate change, forests, fire, water, and fish: building resilient landscapes, streams, and managers. General Technical Report RMRS-GTR-290. USDA Forest Service. Rocky Mountain Research Station, Fort Collins, Colorado |
| SUPP 03582-SUPP 03686.pdf | USFS | 2017 | Black Mountain AQS Raw Data. |
| SUPP 03687-SUPP 03718.pdf | Verts, B.J. and Carraway, N.L. | 1998 | Land Mammals of Oregon. University of California Press, Berkeley / Los Angeles / London |

| Bates Number No. | Author | Date | Description |
|---|---|---|---|
| SUPP 03719-SUPP 03741.pdf | Wisdom, M.J., *et al*. | 2005 | Cattle and elk responses to intensive timber harvest, pages 197-216. In: Wisdom, M.J., technical editor, The Starkey Project: a synthesis of long-term studies of elk and mule deer. Reprinted from the 2004 Transactions of the North American Wildlife and Natural Resources Conference, Alliance Communications Group, Lawrence, Kansas, USA. |