JEAN E. WILLIAMS
Acting Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

KRYSTAL-ROSE PEREZ (TX Bar No. 24105931)
Trial Attorney
Natural Resources Section
150 M Street NE
Washington, DC 20002
Phone: (202) 305-0486
Fax:  (202) 305-0506
krystal-rose.perez@usdoj.gov

SHAUN M. PETTIGREW (CA Bar No. 254564)
Trial Attorney
Natural Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
Tel: (206) 526-6881
shaun.pettigrew@usdoj.gov
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PENDLETON DIVISION**

| | | |
|---|---|---|
| **CENTRAL OREGON LANDWATCH,** an Oregon non-profit corporation; and **OREGON WILD,** an Oregon non-profit corporation | ) ) ) ) | Case No. 2:20-cv-00648-SU |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **JOINT STATUS REPORT** |
| **JOHANNA KOVARIK**, in her official capacity as Paulina District Ranger; **A. SHANE JEFFRIES**, in his official capacity as Ochoco National Forest Supervisor; and the **UNITED STATES FOREST SERVICE**, a federal agency of the United States Department of Agriculture, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) ) | |

JOINT STATUS REPORT - 1

On February 19, 2021, the parties jointly requested that the Court strike the hearing scheduled for March 1, 2021, from the calendar in light of a proposed settlement of this matter, ECF No. 28, and the Court so ordered, ECF No. 29.  The parties noted that the proposed settlement required the review and approval of the relevant authorizing officials within the U.S. Department of Justice and the U.S. Department of Agriculture and requested that they file a joint status report on March 15, 2021.  *Id.*  That status report indicated that the parties had made progress on a final settlement agreement, but that the review and approval process remained ongoing.  ECF No. 31.  As a result, the parties requested that they file another joint status report on or before April 15, 2021, which the Court ordered.  ECF No. 32.  Since that time, progress has been made on the review and approval process, but it remains ongoing.  As a result, the parties respectfully request that they file another joint status report on May 17, 2021, if they have not filed a settlement agreement by that date.

Respectfully submitted this 15th day of April, 2021,

/s/ Oliver J. H. Stiefel
Oliver J. H. Stiefel, OSB # 135436
(503) 227-2212 │ oliver@crag.org
Meriel L. Darzen, OSB # 113645
(503) 525-2725 │ meriel@crag.org
CRAG LAW CENTER
3141 E. Burnside St.
Portland, Oregon 97214
Fax: (503) 296-5454
*Attorneys for all Plaintiffs*

Rory J. Isbell, OSB # 173780
(541) 647-2930 │ rory@colw.org
CENTRAL OREGON LANDWATCH
2843 NW Lolo Dr., Ste. 200
Bend, Oregon 97703

*Attorney for Central Oregon LandWatch*

JEAN E. WILLIAMS
Acting Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division


*/s/ Shaun M. Pettigrew*
SHAUN M. PETTIGREW (CA Bar No. 254564)
Trial Attorney
Natural Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
Tel: (206) 526-6881
shaun.pettigrew@usdoj.gov

KRYSTAL-ROSE PEREZ (TX Bar No. 24105931)
Trial Attorney
Natural Resources Section
PO Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0238
Fax: (202) 305-0506
krystal-rose.perez@usdoj.gov

*Attorneys for Defendants*